IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XIU FANG HUANG, | § | |
| *Petitioner,* | § | SA-26-CV-02958-FB-KGS |
| | § | |
| v. | § | |
| | § | |
| MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; *et al.*, | § | |
| *Respondents.* | § | |

## ORDER SETTING IN-PERSON EVIDENTIARY HEARING

Before the Court in the above-styled case is Petitioner's Petition for Writ of Habeas Corpus. ECF No. 1. The District Court referred this case to the undersigned for all pretrial proceedings on May 21, 2026. The undersigned therefore has authority to enter this non-dispositive order pursuant to 28 U.S.C. § 636(b)(1)(A). Having reviewed Petitioner's Petition and Federal Respondents' Response (ECF No. 3), the Court finds this case necessitates an evidentiary hearing.

The Court therefore **ORDERS** that an in-person evidentiary hearing on Petitioner's Petition for Writ of Habeas Corpus is set on **June 24, 2026, at 10:00 a.m.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207 in Courtroom D. Counsel should check monitors in the

courthouse lobby on the day of the hearing to confirm that the location of the hearing has not changed.

The parties should be prepared to discuss the petition and response as well as any potential evidentiary issues. Petitioner's presence is necessary for the evidentiary hearing. Because Petitioner is currently incarcerated at the South Texas Immigration Processing Center in Dilley, Texas, the Court will issue an Order for Issuance of Writ of Ad Testificandum following this Order.

**It is so ORDERED.**

SIGNED this 27th day of May, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

2