IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XIU FANG HUANG, | § | |
| *Petitioner,* | § | SA-26-CV-02958-FB-KGS |
| | § | |
| v. | § | |
| | § | |
| MIGUEL VERGARA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; et al., | § | |
| *Respondents.* | § | |

## ORDER DIRECTING THE ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This case is set for an Evidentiary Hearing on June 24, 2026, at 10:00 a.m. before the Honorable Kelly G. Stephenson at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

The presence of Petitioner Xiu Fang Huang, who is currently in the custody of the Warden of the South Texas Immigration Processing Center, is necessary at the Evidentiary Hearing. Accordingly, the Court **ORDERS** that Petitioner shall be transported to the Courthouse for the hearing and shall be present in the courtroom for the hearing.

The Court further **DIRECTS** the Clerk of Court to:

(1) Once executed, enter the Writ attached to this Order into the record;

(2) Provide copies by U.S. Certified Mail of the Order Setting In-Person Evidentiary Hearing (ECF No. 5), this Order, and the Writ to the following address and enter the certified mail receipt into the record:

> **Warden**
> **South Texas Immigration Processing Center**
> **300 El Rancho Way**
> **Dilley, Texas 78017**

(3) Deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing (ECF No. 5), this Order, and the Writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division.

The Court further **ORDERS** that if Petitioner Xiu Fang Huang is to be moved from her present unit before the date of the evidentiary hearing, the Warden of the Dilley Immigration Processing Center must contact Court chambers immediately—via email directed to jack_oneil@txwd.uscourts.gov and obtain leave of the Court for any such move prior to it occurring. The Court so orders to protect its jurisdiction over this matter.

**It is so ORDERED.**

SIGNED this 27th day of May 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

XIU FANG HUANG,                    §
                                   §
            *Petitioner,*          §          SA-26-CV-02958-FB-KGS
                                   §
v.                                 §
                                   §
MIGUEL VERGARA, Field Office       §
Director of Enforcement and Removal §
Operations, San Antonio Field Office, §
Immigration and Customs Enforcement; §
et al.,                            §
                                   §
            *Respondents.*         §

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:  Warden**

**South Texas Immigration Processing Center**

**300 El Rancho Way**

**Dilley, Texas 78017**

You are hereby **ORDERED** to deliver Petitioner Xiu Fang Huang, a

prisoner in your custody, for an evidentiary hearing on June 24, 2026, at 10:00

a.m. before the Honorable Kelly G. Stephenson at the United States

Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

This writ shall be your or your representative's authority to enter the U.S.

Courthouse premises. You or your representative must remain with Petitioner

during the proceedings until the termination of the hearing and you must

3

coordinate any logistics with the U.S. Marshal, Western District of Texas, San Antonio Division.

**It is so ORDERED.**

SIGNED this 27th day of May, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

4