IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

XIU FANG HUANG, §
§
*Petitioner,* § SA-26-CV-02958-FB-KGS
§
v. §
§
MIGUEL VERGARA, Field Office §
Director of Enforcement and Removal §
Operations, San Antonio Field Office, §
Immigration and Customs Enforcement, §
*et al.*, §
§
*Respondents.* §

## ORDER VACATING EVIDENTIARY HEARING

Before the Court is Respondent's Opposed Motion to Lift Stay of Transfer and Magistrate Court Notification. ECF No. 10. Respondents ask the District Court to lift the Order staying any transfer of Petitioner (ECF No. 2). Respondents explain that they intend to transfer Petitioner to Dallas for a removal flight to China on June 23, 2026. *Id* at 1. Respondents state that ICE has acquired travel documents allowing Petitioner's removal to China, and Petitioner is scheduled to be transferred from Dilley to Dallas to be placed on an outbound flight. *Id*.

The undersigned set this case for an Evidentiary Hearing on June 24, 2026, at 10:00 a.m. ECF No. 5. The undersigned also required Respondents to seek leave prior to moving the Petition from the Dilley facility. ECF No. 6.

Based upon Respondents' representation that they can remove Petitioner on June 23, 2026, back to her country of origin, the undersigned hereby **VACATES** the June 24, 2026, hearing date.

Additionally, the undersigned **VACATES** the Order Directing the Issuance of Writ of Habeas Corpus Ad Testificandum (ECF No. 6) issued on May 27, 2026, and **VACATES** the Writ of Habeas Corpus Ad Testificandum (ECF No. 7) issued to the Warden of the South Texas Immigration Processing Center in Dilley, Texas.

The Court further **DIRECTS** the Clerk of Court to provide a copy by U.S. Certified Mail of this Order to the following address and enter the certified mail receipt into the record:

> **Warden**
> **South Texas Immigration Processing Center**
> **300 El Rancho Way**
> **Dilley, Texas 78017**

**It is so ORDERED.**

SIGNED this 18th day of June, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**

2