IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

XIU FANG HUANG,                              §
                                             §
         *Petitioner,*                       §
                                             §
v.                                           §        SA-26-CV-02958-FB-KGS
                                             §
MIGUEL VERGARA, Field Office                 §
Director of Enforcement and Removal          §
Operations, San Antonio Field Office,        §
Immigration and Customs Enforcement;         §
*et al.*,                                    §
                                             §
         *Respondents.*                      §

## ORDER

Before the Court is the above-styled cause of action, which the District Court referred to the undersigned for disposition of all pretrial matters pursuant to Western District of Texas Local Rule CV-72 and Appendix C. ECF No. 4. On June 18, 2026, Respondents filed an Opposed Motion to Lift Stay of Transfer and Magistrate Court Notification. ECF No. 10. That same day, the undersigned issued an Order **VACATING** its prior Orders (ECF Nos. 5, 6, and 7) regarding the evidentiary hearing set for June 24, 2026. ECF No. 12. Accordingly, the undersigned has considered and acted upon all matters referred by the District Court.

The Court therefore **ORDERS** that the above-styled case is returned to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 24th day of June, 2026.

_____
**KELLY G. STEPHENSON
UNITED STATES MAGISTRATE JUDGE**